UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim. No. 09-501 (SRC)

          v.     :     Hon. Stanley R. Chesler

ROBINSON BORDAMONTE, et al.     :     UNSEALING ORDER

    This matter having come before the Court on the application
of the United States of America, Ralph J. Marra, Jr., Acting
United States Attorney (Leslie Faye Schwartz, Assistant U.S.
Attorney, appearing) for an order that the Indictment and related
papers in the above-captioned matter be unsealed; and the
Indictment and related papers having become unsealed by virtue of
the arrests of the defendants; and for good cause shown,

    IT IS ON this 12 day of July, 2009,

    ORDERED that the Indictment and related papers filed in the
above-captioned matter are unsealed.

                    HON. STANLEY R. CHESLER
                    UNITED STATES DISTRICT JUDGE