UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler
                                   Crim. No. 09-501
         v.                  :
                                   CONTINUANCE ORDER
ROBINSON BORDAMONTE, et al.  :

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Leslie Faye Schwartz, Assistant U.S. Attorney), and defendants Robinson Bordamonte (by Raymond F. Flood, Esq.), Kelvin Corbin, (by Christopher Renfroe, Esq.), Leo Genese III (by Pasquale F. Giannetta, Esq.), Peter Ventricelli (by Michael Pedicini, Esq.) and Debora Medeiros DaSilva (by Joseph R. Donahue, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

to finalize plea agreements, which would render trial of this matter unnecessary;

    2. Defendants have consented to the aforementioned continuance; and

    3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_\_17\_\_\_ day of September 2009,

IT IS ORDERED that trial in this matter is scheduled for December 1, 2009; and

IT IS FURTHER ORDERED that the period from September 9, 2009, through December 1, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                            _____
                                            HON. STANLEY R. CHESLER
                                            United States District Judge