UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler
                                    Crim. No. 09-501
         v.                  :
                                    CONTINUANCE ORDER
ROBINSON BORDAMONTE, et al.  :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Leslie Faye Schwartz, Assistant U.S. Attorney), and defendants Robinson Bordamonte (by Raymond F. Flood, Esq.), Kelvin Corbin, (by Christopher Renfroe, Esq.), Leo Genese III (by Pasquale F. Giannetta, Esq.), and Peter Ventricelli (by Michael Pedicini, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize plea agreements, which would render trial of this matter unnecessary;

2.  Defendants have consented to the aforementioned continuance; and

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 18 day of December 2009,

IT IS ORDERED that trial in this matter is scheduled for February 3, 2010; and

IT IS FURTHER ORDERED that the period from December 1, 2009, through February 3, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

---
HON. STANLEY R. CHESLER
United States District Judge

Consented to and Agreed to By:

---
Leslie F. Schwartz,
Assistant U.S. Attorney

---
Raymond Flood, Esq.
Counsel for Robinson Bordamonte

_____
Christopher Renfro, Esq.
Counsel for Kelvin Corbin


_____
Pasquale Giannetta, Esq.
Counsel for Leo Genese


_____
Michael Pedicini, Esq.
Counsel for Peter Ventricelli

---
Christopher Renfro, Esq.
Counsel for Kelvin Corbin

*Pasquale Giannetta*

---
Pasquale Giannetta, Esq.
Counsel for Leo Genese

---
Michael Pedicini, Esq.
Counsel for Peter Ventricelli

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of December 2009,

IT IS ORDERED that trial in this matter is scheduled for February 3, 2010; and

IT IS FURTHER ORDERED that the period from December 1, 2009, through February 3, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　United States District Judge


_____
MICHAEL N. PEDICINI, ESQ.
ATTORNEY FOR PETER VENTRICELLI

IT IS FURTHER ORDERED that the period from December 1, 2009, through February 3, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. STANLEY R. CHESLER
United States District Judge