UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Stanley R. Chesler
Crim. No. 09-501
v. :
CONTINUANCE ORDER
ROBINSON BORDAMONTE, et al. :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Leslie Faye Schwartz, Assistant U.S. Attorney), and defendants Leo Genese III (by Pasquale F. Giannetta, Esq.), and Peter Ventricelli (by Arthur J. Abrams, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant Leo Genese has entered into a plea agreement with the government and requires additional time to finalize the plea documents and enter a guilty plea, which plea would render a trial on his pending criminal charges unnecessary;

2. Defendant Peter Ventricelli has recently changed counsel and new counsel requires sufficient time to review the discovery and investigate the charges in this matter;

3. Both defendants have consented to the aforementioned continuance; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___8___ day of February 2010,

IT IS ORDERED that the trial in this matter set for February 3, 2010 is adjourned; and

IT IS FURTHER ORDERED that a new trial date shall be set after counsel for defendant Peter Ventricelli has a chance to review the charges and discovery in this matter; and

IT IS FURTHER ORDERED that the period from February 3, 2010 through March 15, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

Consented to and Agreed to By:

_____
Leslie F. Schwartz,
Assistant U.S. Attorney

_____
Pasquale Giannetta, Esq.
Counsel for Leo Genese


_____
Arthur J. Abrams, Esq.
Counsel for Peter Ventricelli

Consented to and Agreed to By:

_____
Leslie F. Schwartz,
Assistant U.S. Attorney


_____
Pasquale Giannetta, Esq.
Counsel for Leo Genese

_____
Arthur J. Abrams, Esq.
Counsel for Peter Ventricelli